**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> PHILLIP JOHN MCCUMBER <br> HEATHER LYNN WILKINSON <br> <br>　　　　Debtor(s) <br> <br> Ronda J. Winnecour <br> <br>　　　　Movant <br>　　vs. <br> <br> RUSHMORE LOAN MANAGEMENT SVCS LLC <br>　　　　Respondent(s) | Case No. 17-11339TPA <br> <br> Chapter 13 <br> <br> Document No.___ |

INTERIM NOTICE OF CURE OF ARREARS

　　Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

　　The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 51
Court Claim Number - 21

3/17/2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   PHILLIP JOHN MCCUMBER
   HEATHER LYNN WILKINSON

|  |  |
|---|---|
| Debtor(s) | Case No.:17-11339TPA |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.___ |
| Movant | |
| vs. | |
| RUSHMORE LOAN MANAGEMENT SVCS LLC | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> PHILLIP JOHN MCCUMBER, HEATHER LYNN WILKINSON, 235 EAST STATE STREET, ALBION, PA  16401
> MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW, ERIE, PA  16506-4508
> RUSHMORE LOAN MANAGEMENT SVCS LLC, ATTN BKRPTCY DEPT, PO BOX 52708, IRVINE, CA  92619-2708
> RUSHMORE LOAN MGMNT SVCS**, ATTN BANKRUPTCY NOTICING, PO BOX 55004, IRVINE, CA  92619-2708
> DANIELLE BOYLE-EBERSOLE ESQ, HLADIK ONORATO & FEDERMAN LLP, 298 WISSAHICKON AVE, NORTH WALES, PA  19454

03/17/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com