# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-11339-TPA |
| Phillip John McCumber and Heather Lynn Wilkinson | : Chapter 13 |
| Debtors | : |
| | : |
| Rushmore Loan Management Services LLC | : |
| Movant | : |
| vs. | : |
| | : |
| Phillip John McCumber and Heather Lynn Wilkinson | : |
| Debtor/Respondent | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## STATEMENT IN RESPONSE TO INTERIM NOTICE
## OF CURE OF ARREARS

AND NOW, comes Respondent, Rushmore Loan Management Services LLC, and responds to the Trustee's Interim Notice of Cure of Arrears as follows:

1) The Proof of Claim arrears of Claim #21 have been paid in full, satisfying the pre-petition arrearage obligation owed to Respondent.

2) The Debtors are current on post-petition payments consistent with § 1322(b)(5) of the Code, as Debtors are due for the 04/01/2020 post-petition payment.

Dated: 04/07/2020

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-11339-TPA |
| Phillip John McCumber and Heather Lynn Wilkinson | : Chapter 13 |
| Debtors | : |
| | : |
| Rushmore Loan Management Services LLC | : |
| Movant | : |
| vs. | : |
| | : |
| Phillip John McCumber and Heather Lynn Wilkinson | : |
| Debtor/Respondent | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I, Bradley J. Osborne, Esquire., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS** at the respective last known address of each person set forth below on **04/07/2020**:

Michael S. Jan Janin, Esquire
Via ECF:
mjanjanin@quinnfirm.com
*Attorney for Debtors*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Phillip John McCumber
Heather Lynn Wilkinson
235 East State Street
Albion, PA 16401
Via First Class Mail
*Debtors*

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com