**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 17-11339TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND HEATHER LYNN WILKINSON, HIS WIFE, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| PHILLIP JOHN MCCUMBER AND HEATHER LYNN WILKINSON, HIS WIFE, | : | DATE AND TIME OF HEARING: WEDNESDAY, APRIL 7, 2021 AT 11:30 A.M. |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | March 29, 2021 |
| | : | |
| NO RESPONDENT | : | Related to Document Nos. 79 and 78 |

## CERTIFICATE OF SERVICE

I, Michael S. Jan Janin, Esquire, the undersigned, certify that I served or caused to be served, on March 11, 2021, a copy of the Motion for Post-Petition Vehicle Financing and Notice of Hearing with Response Deadline, by electronic notification as shown below on the following:

**Service by Electronic Notification**

Ronda J. Winnecour, Esquire
Suite 2250
USX Tower
600 Grant Street
Pittsburgh, PA 15219

*Via the CM/ECF system*
cmecf@chapter13trusteewdpa.com

The parties on the attached Mailing Matrix were served via First Class Mail, Postage Pre-Paid on March 15, 2021.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.

   By:  */s/Michael S. JanJanin*
      Michael S. Jan Janin, Esq.
      Pa. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone: (814) 833-2222, Ext. 1045
      Phone: (814) 314-1051 (Direct)
      Fax: (814) 833-6753
      Email: mjanjanin@quinnfirm.com
      Attorneys for Debtors

#1428073

```
Label Matrix for local noticing          AES                                       AES
0315-1                                   1200 N. Seventh Street                    P.O. Box 61047
Case 17-11339-TPA                        Harrisburg, PA 17102-1419                 Harrisburg, PA 17106-1047
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Mar 15 09:51:32 EDT 2021

American Express                         American Express Centurion Bank           Best Buy
P.O. Box 1270                            c/o Becket and Lee LLP                    P.O. Box 9001007
Newark, NJ 07101-1270                    PO Box 3001                               Louisville, KY 40290-1007
                                         Malvern  PA 19355-0701


Danielle Boyle-Ebersole                  (p)CITIBANK                               CBNA
Orlans PC                                PO BOX 790034                             P.O. Box 3283
200 Eagle Road                           ST LOUIS MO 63179-0034                    Sioux Falls, SD 57117
Wayne, PA 19087-3115


Capital One Bank (USA), N.A.             Care Credit                               (p)JPMORGAN CHASE BANK  N A
P.O. Box 71083                           950 Forrer Blvd.                          BANKRUPTCY MAIL INTAKE TEAM
Charlotte, NC 28272-1083                 Kettering, OH 45420-1469                  700 KANSAS LANE FLOOR 01
                                                                                   MONROE LA 71203-4774


Children's Place                         Citi Cards                                Citibank, N.A.
Comenity Bank                            P.O. Box 9001037                          Citibank, N.A.
P.O. Box 182120                          Louisville, KY 40290-1037                 701 East 60th Street North
Columbus, OH 43218-2120                                                            Sioux Falls, SD 57104-0493


Dick's                                   Discover                                  Discover Bank
P.O. Box 965005                          P.O. Box 742655                           Discover Products Inc
Orlando, FL 32896-5005                   Cincinnati, OH 45274-2655                 PO Box 3025
                                                                                   New Albany, OH  43054-3025


ECMC                                     Eastern Revenue Inc.                      Erie Community Credit Union
P.O. Box 16408                           P.O. Box 185                              1915 East 36th Street
St. Paul, MN 55116-0408                  Southeastern, PA 19399-0185               Erie, PA 16510-2663


Erie Community Credit Union              Erie Community Credit Union               I.C. Systems, Inc.
1129 State Street                        c/o Carol F. Messenger, Payment Solution  P.O. Box 64378
Erie, PA 16501-1911                      1915 East 36th Street                     St. Paul, MN 55164-0378
                                         Erie, PA 16510-2663


Michael S. Jan Janin                     Krista McCumber                           LVNV Funding, LLC its successors and assigns
Quinn Buseck Leemhuis Toohey & Kroto Inc 1626 West 41st Street                     assignee of Citibank, N.A.
2222 West Grandview Boulevard            Erie, PA 16509-1140                       Resurgent Capital Services
Erie, PA 16506-4508                                                                PO Box 10587
                                                                                   Greenville, SC 29603-0587


Lending Club Corporation                 LendingClub Corporation                   Lowes
21 Stevenson                             71 Stevenson Street, Suite 1000           P.O. Box 965005
Suite 300                                San Francisco, CA 94105-2967              Orlando, FL 32896-5005
San Francisco, CA 94105-2706
```

Phillip John McCumber
235 East State Street
Albion, PA 16401-1360

Michael F. Ratchford, Esquire
120 North Keyser Avenue
Scranton, PA 18504-9701

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011


Millcreek Community Hospital
5539 Peach Street
Suite 1
Erie, PA 16509-2683

NAPA
P.O. Box 275
Glen Head, NY 11545-0275

NCO Group, Inc.
120 North Keyser
Scranton, PA 18504-9701


Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Bradley Joseph Osborne
Hladik, Onorato, & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454-4156


PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Nicholas R. Pagliari
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Rushmore Loan Management Services LLC
P.O. Box 55004, Irvine, CA 92619


Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544-0001

Sears Credit Cards
P.O. Box 9001055
Louisville, KY 40290-1055

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314


Toys R Us
P..O. Box 965005
Orlando, FL 32896-5005

UPMC
2 Hot Metal Street
Room 386
Pittsburgh, PA 15203-2348

UPMC Community Medicine
c/of Receivables Outsourcing LLC
P.O. Box 62850
Baltimore, MD 21264-2850


UPMC Physician Services
PO Box 1123
Minneapolis MN 55440-1123

(p)UNION HOME MORTGAGE CORP
6444 MONROE STREET
SYLVANIA OH 43560-1455

Union Home Mortgage
P.O. Box 11733
Newark, NJ 07101-4733


Union Home Mortgage
P.O. Box 77404
Ewing, NJ 08628-6404

Union Home Mortgage
P.O. Box 77407
Ewing, NJ 08628-6407

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

```
Wells Fargo National Bank              Heather Lynn Wilkinson              Ronda J. Winnecour
P.O. Box 94498                         235 East State Street               Suite 3250, USX Tower
Las Vegas, NV 89193-4498               Albion, PA 16401-1360                600 Grant Street
                                                                           Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CBNA                                   Chase/Amazon                        (d)Chase/Slate
50 Northwest Point Road                Cardmember Service                  P.O. Box 15123
Elk Grove Village, IL 60007            P.O. Box 1423                       Wilmington, DE 19850-5123
                                       Charlotte, NC 28201-1423


PNC Bank                               (d)PNC Bank National Association    State Collection Service, Inc.
2730 Liberty Avenue                    P.O. Box 94982                      P.O. Box 6250
Pittsburgh, PA 15222                   Cleveland, OH 44101                  Madison, WI 53716-0250


Union Home Mortgage                    (d)Union Home Mortgage Corp.
8241 Dow Circle                        c/o Cenlar FSB
Strongsville, OH 44136                 425 Phillips Blvd
                                       Ewing, NJ 08618
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)ECMC                                (d)PRA Receivables Management, LLC  (u)Pepsio Savings Plan
PO Box 16408                           PO Box 41021
St. Paul, MN 55116-0408                Norfolk, VA 23541-1021


(u)Rushmore Loan Management Services LLC   (u)Union Home Mortgage Corp.   End of Label Matrix
                                                                          Mailable recipients    62
                                                                          Bypassed recipients     5
                                                                          Total                  67
```