**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 17-11339TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | THE HON. THOMAS P. AGRESTI |
| HEATHER LYNN WILKINSON, HIS WIFE, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | DATE AND TIME OF HEARING: |
| HEATHER LYNN WILKINSON, HIS WIFE, | : | WEDNESDAY, APRIL 7, 2021 AT 11:30 A.M. |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | March 29, 2021 |
| | : | |
| NO RESPONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR POST-PETITION VEHICLE FINANCING (Document No. 78)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Post-Petition Vehicle Financing filed March 11, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than March 29, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 30, 2021

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY &
        KROTO, INC.


BY:   /s/Michael S. JanJanin
        Michael S. JanJanin, Esquire
        PA Id. No. 38880
        The Quinn Law Firm
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtor

#1427452