FILED
4/1/21 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 17-11339TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND HEATHER LYNN WILKINSON, HIS WIFE, | : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| PHILLIP JOHN MCCUMBER AND HEATHER LYNN WILKINSON, HIS WIFE, | : | RELATED TO DOCUMENT NO. 78 |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

## ORDER

AND NOW, to-wit this 1st day of April, 2021, upon consideration of the Motion for Post-Petition Vehicle Financing filed by the Debtors, Phillip John McCumber and Heather Lynn Wilkinson, his wife and it further appearing that the Debtor's 2016 Chrysler Town and County was totaled in an automobile accident and the Debtors need a replacement vehicle, and it further appearing that no hearing is necessary on said Motion, it is hereby ORDER, ADJUDGED and DECREED that the Motion is APPROVED.

It is further ORDERED that the Debtors are authorized to purchase a 2018 Ford Escape or similar vehicle along with terms set forth in Exhibit "A" with financing to be provided over a period of seventy-two (72) months with interest at the rate of approximately 12.89% per annum with monthly payments in the amount of $414.05 as outlined in Exhibit "B" of the Motion.

It is further ORDERED that the Debtors shall file a Report of Financing within thirty (30) days of the date of this Order.

It is further ORDERED that the Debtors shall file an amended Chapter 13 Plan to reflect the fact that the 2016 Chrysler Town and County was totaled in an automobile accident and to include the financing of the 2018 Ford Escape or similar vehicle.

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

ljm

1426231

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11339-TPA
Phillip John McCumber     Chapter 13
Heather Lynn Wilkinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 2
Date Rcvd: Apr 01, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com  pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com |
| Michael S. Jan Janin | on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin |

| District/off: 0315-1 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

                  nfirm.com

Nicholas R. Pagliari
                  on behalf of Creditor Erie Community Credit Union npagliari@mijb.com  sburick@mijb.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 8