UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-11339 TPA |
| PHILLIP JOHN McCUMBER and HEATHER LYNN WILKINSON, | : |
| | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors. | : |
| | : CHAPTER 13 |
| PHILLIP JOHN McCUMBER and HEATHER LYNN WILKINSON, | : |
| | : RELATED TO DOCUMENT NO. 87 AND 86 |
| Movants, | : |
| | : DATE & TIME OF HEARING: |
| v. | : |
| | : June 22, 2021 @ 9:30 a.m. |
| NO RESPONDENT. | : |
| | : OBJECTION/RESPONSE DATE: |
| | : |
| | : May 21, 2021 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 29th day of April, 2021, a copy of the Amended Chapter 13 Plan dated April 27, 2021 and Order dated April 28, 2021 upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

THE QUINN LAW FIRM

BY:   /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail Address: mjanjanin@quinnfirm.com
Counsel for Debtors

#1437333

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11339-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Apr 28 14:37:33 EDT 2021 | AES<br>1200 N. Seventh Street<br>Harrisburg, PA 17102-1419 | AES<br>P.O. Box 61047<br>Harrisburg, PA 17106-1047 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Best Buy<br>P.O. Box 9001007<br>Louisville, KY 40290-1007 |
| Danielle Boyle-Ebersole<br>Orlans PC<br>200 Eagle Road<br>Wayne, PA 19087-3115 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CBNA<br>P.O. Box 3283<br>Sioux Falls, SD 57117 |
| Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Care Credit<br>950 Forrer Blvd.<br>Kettering, OH 45420-1469 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Children's Place<br>Comenity Bank<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | Citi Cards<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Dick's<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Discover<br>P.O. Box 742655<br>Cincinnati, OH 45274-2655 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | Eastern Revenue Inc.<br>P.O. Box 185<br>Southeastern, PA 19399-0185 | Erie Community Credit Union<br>1915 East 36th Street<br>Erie, PA 16510-2663 |
| Erie Community Credit Union<br>1129 State Street<br>Erie, PA 16501-1911 | Erie Community Credit Union<br>c/o Carol F. Messenger, Payment Solution<br>1915 East 36th Street<br>Erie, PA 16510-2663 | I.C. Systems, Inc.<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Krista McCumber<br>1626 West 41st Street<br>Erie, PA 16509-1140 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club Corporation<br>21 Stevenson<br>Suite 300<br>San Francisco, CA 94105-2706 | LendingClub Corporation<br>71 Stevenson Street, Suite 1000<br>San Francisco, CA 94105-2967 | Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |

```
Phillip John McCumber              Michael F. Ratchford, Esquire      Midland Funding LLC
235 East State Street              120 North Keyser Avenue             PO Box 2011
Albion, PA 16401-1360              Scranton, PA 18504-9701             Warren, MI 48090-2011


Millcreek Community Hospital       NAPA                                NCO Group, Inc.
5539 Peach Street                  P.O. Box 275                        120 North Keyser
Suite 1                            Glen Head, NY 11545-0275            Scranton, PA 18504-9701
Erie, PA 16509-2683


Brian Nicholas                     Office of the United States Trustee Bradley Joseph Osborne
KML Law Group, P.C.                Liberty Center.                     Hladik, Onorato, & Federman, LLP
701 Market Street                  1001 Liberty Avenue, Suite 970      298 Wissahickon Avenue
Suite 5000                         Pittsburgh, PA 15222-3721           North Wales, PA 19454-4156
Philadelphia, PA 19106-1541


PHEAA                              (p)PNC BANK RETAIL LENDING          PRA Receivables Management, LLC
PO Box 8147                        P O BOX 94982                       PO Box 41021
Harrisburg, PA 17105-8147          CLEVELAND OH 44101-4982             Norfolk, VA 23541-1021


Nicholas R. Pagliari               Pennsylvania Department of Revenue  Pennsylvania Dept. of Revenue
MacDonald, Illig, Jones & Britton LLP  Bankruptcy Division             Department 280946
100 State Street, Suite 700        P.O. Box 280946                     P.O. Box 280946
Erie, PA 16507-1459                Harrisburg, PA 17128-0946           ATTN: BANKRUPTCY DIVISION
                                                                       Harrisburg, PA 17128-0946


Quantum3 Group LLC as agent for    Quantum3 Group LLC as agent for     Rushmore Loan Management Services LLC
Comenity Capital Bank              MOMA Funding LLC                    P.O. Box 55004, Irvine, CA 92619
PO Box 788                         PO Box 788
Kirkland, WA  98083-0788           Kirkland, WA  98083-0788


Saint Vincent Health Center        Sears Credit Cards                  (p)STATE COLLECTION SERVICE INC
232 West 25th Street               P.O. Box 9001055                    2509 S STOUGHTON RD
Erie, PA 16544-0001                Louisville, KY 40290-1055           MADISON WI 53716-3314


Toys R Us                          UPMC                                UPMC Community Medicine
P..O. Box 965005                   2 Hot Metal Street                  c/of Receivables Outsourcing LLC
Orlando, FL 32896-5005             Room 386                            P.O. Box 62850
                                   Pittsburgh, PA 15203-2348           Baltimore, MD 21264-2850


UPMC Physician Services            (p)UNION HOME MORTGAGE CORP         Union Home Mortgage
PO Box 1123                        6444 MONROE STREET                  P.O. Box 11733
Minneapolis MN 55440-1123          SYLVANIA OH 43560-1455              Newark, NJ 07101-4733


Union Home Mortgage                Union Home Mortgage                 Wells Fargo Bank, N.A.
P.O. Box 77404                     P.O. Box 77407                      PO Box 10438, MAC F8235-02F
Ewing, NJ 08628-6404               Ewing, NJ 08628-6407                Des Moines, IA  50306-0438
```

| | | |
|---|---|---|
| Wells Fargo National Bank<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 | Heather Lynn Wilkinson<br>235 East State Street<br>Albion, PA 16401-1360 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CBNA<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Chase/Amazon<br>Cardmember Service<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | (d)Chase/Slate<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank National Association<br>P.O. Box 94982<br>Cleveland, OH 44101 | State Collection Service, Inc.<br>P.O. Box 6250<br>Madison, WI 53716-0250 |
| Union Home Mortgage<br>8241 Dow Circle<br>Strongsville, OH 44136 | (d)Union Home Mortgage Corp.<br>c/o Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Pepsio Savings Plan |
| (u)Rushmore Loan Management Services LLC | (u)Union Home Mortgage Corp. | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     5<br>Total                  67 |