Case 17-11339-TPA    Doc 94    Filed 06/27/21    Entered 06/28/21 00:30:06    Desc Imaged
                      Certificate of Notice    Page 1 of 6

FILED
6/25/21 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PHILLIP JOHN MCCUMBER, : Bankruptcy Case No. 17-11339-TPA
HEATHER LYNN WILKINSON
   *Debtor(s)* : Chapter 13

## PLAN CONFIRMATION ORDER

*A*    It is hereby **ORDERED** that with the consent of the Debtor(s), the Chapter 13 Plan dated April 27, 2021, except as modified herein as checked below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court. Confirmation of this Plan pursuant to this Order is without prejudice to reconsideration following a status conference held by the Chapter 13 Trustee to gauge the progress of Plan implementation which ***Status Conference*** is scheduled for ***N/A*** (which may, upon agreement of the Parties, be continued from time to time *provided however* that following the 3rd continuance, the matter shall be set for hearing before the Court), following which time the Plan may be modified to the satisfaction of all Parties after notice and hearing before the Court, or the status conference may be marked closed by the Chapter 13 Trustee.

   **1.**    No further payments to the following secured/priority claimant(s) is/are due and owing because of the surrender of collateral referred to in the Plan. All prior payments to the following Creditors(s) is/are approved. Creditor(s) and Claim No(s). **PNC Bank Cl.#8.**

*B*    **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

   **1.**    **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

   **2.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

   **3.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

   **4.**    **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

   **5.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s)

as filed causes the Plan to be underfunded.

**C      IT IS FURTHER ORDERED THAT:**

**1.**     Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

**2.**     Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

**3.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**4.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**5.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

**6.**     Debtor(s) shall file an Amended Schedule I in the event of:

(a)   Household income increases, because of new employment, promotion, or otherwise, since any increase in disposable income shall qualify for modification under §1329 retroactive to the date of the increase.

(b)   A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or any increase of 10% in household income. Any indicated increase in disposable income (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation or increase in household income.

(c)   Household income increases by 1% or more over most the recently filed Schedule I. Any indicated increase in disposable income (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the increase in household income.

**7.**     Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

**8.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**9.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

**10.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 22, 2021

_____ asg
Thomas P. Agresti

Revised 1/5/2021

United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk in seven (7) days

Revised 1/5/2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11339-TPA
Phillip John McCumber  Chapter 13
Heather Lynn Wilkinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 3
Date Rcvd: Jun 25, 2021     Form ID: pdf900     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |
| cr | + | Erie Community Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748373 | + | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14748372 | + | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14748374 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14776719 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748379 | | CBNA, P.O. Box 3283, Sioux Falls, SD 57117 |
| 14748385 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14931678 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14759101 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748387 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14748388 | + | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14748389 | + | Krista McCumber, 1626 West 41st Street, Erie, PA 16509-1140 |
| 14748392 | + | Michael F. Ratchford, Esquire, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14748394 | + | NAPA, P.O. Box 275, Glen Head, NY 11545-0275 |
| 14748395 | + | NCO Group, Inc., 120 North Keyser, Scranton, PA 18504-9701 |
| 14762826 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15043733 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 14748398 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14748407 | | UPMC Community Medicine, c/of Receivables Outsourcing LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14777571 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14748403 | + | Union Home Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14748404 | + | Union Home Mortgage, P.O. Box 77407, Ewing, NJ 08628-6407 |
| 14748402 | | Union Home Mortgage, P.O. Box 11733, Newark, NJ 07101-4733 |
| 14764186 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14748408 | + | Wells Fargo National Bank, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 15381356 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14748375 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:43:02 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14748378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:19 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14748376 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:03 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14748377 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:29:16 | Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |

Case 17-11339-TPA   Doc 94   Filed 06/27/21   Entered 06/28/21 00:30:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14748382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 25 2021 23:30:00 | Children's Place, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14748383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 25 2021 23:29:19 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14782757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 25 2021 23:43:10 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14748384 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 25 2021 23:29:16 | Dick's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14753964 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 25 2021 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14748380 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Jun 25 2021 23:29:01 | Chase/Amazon, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14748381 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Jun 25 2021 23:29:17 | Chase/Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14783017 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2021 23:29:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748390 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jun 25 2021 23:29:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14792608 | + | Email/Text: bk@lendingclub.com | | |
| | | | Jun 25 2021 23:31:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14748391 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 25 2021 23:29:16 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14775386 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 25 2021 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748393 | + | Email/Text: ptacct@mch1.org | | |
| | | | Jun 25 2021 23:31:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14748397 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 25 2021 23:29:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14773042 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 25 2021 23:29:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14749631 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jun 25 2021 23:28:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14778781 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 25 2021 23:30:06 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778782 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 25 2021 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14748400 | | Email/Text: amieg@stcol.com | | |
| | | | Jun 25 2021 23:29:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14748399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 25 2021 23:43:10 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14748401 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 25 2021 23:28:24 | Toys R Us, P..O. Box 965005, Orlando, FL 32896-5005 |
| 14748405 | | Email/Text: atemple@uhm.com | | |
| | | | Jun 25 2021 23:29:00 | Union Home Mortgage, 8241 Dow Circle, Strongsville, OH 44136 |
| 14783731 | | Email/Text: atemple@uhm.com | | |
| | | | Jun 25 2021 23:29:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14748406 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Jun 25 2021 23:31:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

District/off: 0315-1 User: agro Page 3 of 3
Date Rcvd: Jun 25, 2021 Form ID: pdf900 Total Noticed: 55
TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services LLC |
| cr | | Union Home Mortgage Corp. |
| 14748396 | | Pepsio Savings Plan |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14931680 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931681 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931682 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748386 | ##+ | Eastern Revenue Inc., P.O. Box 185, Southeastern, PA 19399-0185 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com |
| Michael S. Jan Janin | on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Nicholas R. Pagliari | on behalf of Creditor Erie Community Credit Union npagliari@mijb.com sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8