IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11339 TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND HEATHER LYNN WILKINSON, | : | THE HON. THOMAS P. AGRESTI |
| Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL S. JAN JANIN, ESQUIRE, AND THE LAW FIRM OF QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC., | : | DATE AND TIME OF HEARING: August 11, 2021 @ 9:30 |
| Movant, | : | RESPONSE DEADLINE: July 19, 2021 |
| v. | : | |
| | : | RELATED TO DOCUMENT NO. 95 |
| NO RESPONDENT. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF COUNSEL FOR THE DEBTOR FOR FINAL COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (Document No. 95)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application of Counsel for the Debtor for Final Compensation of Attorneys' Fees and Reimbursement of Expenses filed July 1, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than July 19, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: July 20, 2021

                Respectfully submitted,

                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                BY:   /s/Michael S. JanJanin
                        Michael S. JanJanin, Esquire
                        PA Id. No. 38880
                        The Quinn Law Firm
                        2222 West Grandview Boulevard
                        Erie, Pennsylvania 16506-4508
                        Telephone: 814-833-2222
                        Facsimile: 814-833-6753
                        E-Mail: mjanjanin@quinnfirm.com
                        Counsel for Debtors

#1449384