**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/22/2021

IN RE:

PHILLIP JOHN MCCUMBER
HEATHER LYNN WILKINSON
235 EAST STATE STREET
ALBION, PA 16401
XXX-XX-1758          Debtor(s)

XXX-XX-1351

Case No.17-11339 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/22/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 6957 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  R US/PRAE | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  CENLAR/PRAE | |
| **MACDONALD ILLIG JONES ET AL** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 100 STATE ST STE 700 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ERIE, PA  16507-1498 | COMMENT:  ERIE COMMUNITY CU/PRAE | |
| **ERIE COMMUNITY CREDIT UNION** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  VEHICLE |
| 1915 EAST 36TH ST | Court Claim Number:2 | ACCOUNT NO.: 2814 |
| | CLAIM:  0.00 | |
| ERIE, PA  16510 | COMMENT:  PMT/CL-PL*294.22X(60+2)=LMT*$0 ARRS/CL-PL | |
| **PNC BANK NA** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  VEHICLE |
| POB 94982 | Court Claim Number:8 | ACCOUNT NO.: 2496 |
| | CLAIM:  16,179.54 | |
| CLEVELAND, OH  44101 | COMMENT:  NO FURTHER PMTS/CONF~SURR/PL*$24,557.08/CL*PIF/ATTY~TTLD | |
| **RUSHMORE LOAN MANAGEMENT SVCS LLC** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BKRPTCY DEPT | Court Claim Number:21 | ACCOUNT NO.: 5144 |
| PO BOX 52708 | | |
| | CLAIM:  0.00 | |
| IRVINE, CA  92619-2708 | COMMENT:  PMT/DECL*DKT4LMT*BGN 1/18*FR UNION HOME-DOC 68 | |
| **KRISTA MCCUMBER** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| 1626 WEST 41ST ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ERIE, PA  16509 | COMMENT:  OUTSIDE/NOTES~DK*NT PROV/PL | |
| **ECMC(*)** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:3-2 | ACCOUNT NO.: 1351 |
| PO BOX 16478 | | |
| | CLAIM:  4,288.00 | |
| ST PAUL, MN  55116-0478 | COMMENT:  NO ACCT NUM/SCH*AMD*FR PNC- DOC 55 | |
| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:11 | ACCOUNT NO.: 1005 |
| POB 3001 | | |
| | CLAIM:  326.88 | |
| MALVERN, PA  19355-0701 | COMMENT: | |
| **CITIBANK NA**** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:18-2 | ACCOUNT NO.: 9924 |
| | CLAIM:  604.23 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  BEST BUY*AMD | |

| Creditor | Address | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|---|
| CITIBANK NA** | 6716 GRADE LN BLDG 9 STE 910-PY DEPT, LOUISVILLE, KY 50325-3439 | 11 | 0.00% | 22-2 | 1,504.68 | BEST BUY*AMD | UNSECURED CREDITOR | 6976 |
| MIDLAND FUNDING LLC | C/O MIDLAND CREDIT MANAGEMENT INC - AGENT, PO BOX 2011, WARREN, MI 48090 | 12 | 0.00% | 9 | 2,459.26 | CAP ONE | UNSECURED CREDITOR | 5278 |
| MIDLAND FUNDING LLC | C/O MIDLAND CREDIT MANAGEMENT INC - AGENT, PO BOX 2011, WARREN, MI 48090 | 13 | 0.00% | 10 | 2,655.11 | CAP ONE | UNSECURED CREDITOR | 6615 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | PO BOX 788, KIRKLAND, WA 98083-0788 | 14 | 0.00% | 16 | 282.00 | X1918/SCH*SYNCHRONY*CARE CREDIT | UNSECURED CREDITOR | 1213 |
| CBNA | PO BOX 6497, SIOUX FALLS, SD 57117 | 15 | 0.00% |  | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 3535 |
| CHASE(*) | C/O JPMORGAN CHASE BANK NA, PO BOX 15368, WILMINGTON, DE 19850 | 16 | 0.00% |  | 0.00 | NT ADR~AMAZON/SCH | UNSECURED CREDITOR | 2920 |
| CHASE(*) | C/O JPMORGAN CHASE BANK NA, PO BOX 15368, WILMINGTON, DE 19850 | 17 | 0.00% |  | 0.00 | NT ADR~SLATE/SCH | UNSECURED CREDITOR | 3972 |
| QUANTUM3 GROUP LLC - AGENT COMENITY CA | PO BOX 788, KIRKLAND, WA 98083-0788 | 18 | 0.00% | 15 | 86.00 | NO ACCT NUM/SCH*MY PLACE REWARDS | UNSECURED CREDITOR | 9006 |
| LVNV FUNDING LLC, ASSIGNEE | C/O RESURGENT CAPITAL SVCS, POB 10587, GREENVILLE, SC 29603-0587 | 19 | 0.00% | 20 | 4,288.71 | CITIBANK | UNSECURED CREDITOR | 3206 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | PO BOX 788, KIRKLAND, WA 98083-0788 | 20 | 0.00% | 14 | 347.00 | SYNCHRONY*DICK'S SPORTING GOODS | UNSECURED CREDITOR | 4689 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 | 21 | 0.00% | 1 | 2,025.22 | | UNSECURED CREDITOR | 7581 |
| **EASTERN REVENUE INCOPORATED++** 998 OLD EAGLE SCHOOL RD, WAYNE, PA 19087 | 22 | 0.00% | | 0.00 | ALBION FIRE DEPT/SCH | UNSECURED CREDITOR | |
| **LENDING CLUB CORP** DEPT 34268, PO BOX 39000, SAN FRANCISCO, CA 94139 | 23 | 0.00% | 24 | 8,941.45 | NO ACCT NUM/SCH*POSTMARKED 2/28/18*DK | UNSECURED CREDITOR | 3319 |
| **LENDING CLUB CORP** DEPT 34268, PO BOX 39000, SAN FRANCISCO, CA 94139 | 24 | 0.00% | 23 | 10,395.60 | NO ACCT NUM/SCH*POSTMARKED 2/28/18*DK | UNSECURED CREDITOR | 5867 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** PO BOX 788, KIRKLAND, WA 98083-0788 | 25 | 0.00% | 17 | 530.08 | SYNCHRONY*LOWES | UNSECURED CREDITOR | 3681 |
| **MILLCREEK COMMUNITY HOSPITAL** 5515 PEACH STREET, ERIE, PA 16507 | 26 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| **NAPA AT HAMOT MEDICAL CENTER** C/O C TECH COLLECTIONS INC, PO BOX 402, MT SINAI, NY 11766 | 27 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 5774 |
| **NCO FINANCIAL**++** PO BOX 15273, WILMINGTON, DE 19850 | 28 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | |
| **CREDITOR INFORMATION MISSING OR VAGUE** NEED VERIFICATION | 29 | 0.00% | | 0.00 | PEPSIO SAVINGS PLAN~ND ADR/SCH | UNSECURED CREDITOR | |
| **CREDITOR INFORMATION MISSING OR VAGUE** NEED VERIFICATION | 30 | 0.00% | | 0.00 | PEPSIO SAVINGS PLAN~ND ADR/SCH | UNSECURED CREDITOR | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br><br>ERIE, PA 16544 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br><br>ERIE, PA 16544 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3364 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 19-2<br><br>CLAIM: 406.00<br>COMMENT: SEARS*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2429 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br><br>MADISON, WI 53701 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3327 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 280.12<br>COMMENT: SYNCHRONY*R US | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6957 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br><br>HALIFAX, PA 17032 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br><br>HALIFAX, PA 17032 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br><br>HALIFAX, PA 17032 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br><br>HALIFAX, PA 17032 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 598.79<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1351 |

| Creditor | Claim Info | Description |
|---|---|---|
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  85.03<br>COMMENT:  X3964/SCH*178004810*W/47 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4810 |
| **ABRAHAMSEN RATCHFORD++**<br>409 LACKAWANNA AVE STE 3C<br><br>SCRANTON, PA  18503-2059 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:4-2<br>CLAIM:  7,076.79<br>COMMENT:  SCH @ 8*AMD*FR PNC/PHEAA-DOC 56 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1351 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  11,464.34<br>COMMENT:  FR PNC/PHEAA*DOC 57 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1351 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  8,571.57<br>COMMENT:  FR PNC/PHEAA*DOC 58 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1351 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  705.22<br>COMMENT:  178004810**CL7GOV*NO SEC/SCH-PL*W/41 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4810 |
| **PNC BANK**<br>C/O PHEAA(*)<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  1351 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:5-2<br>CLAIM:  0.00<br>COMMENT:  PD @ CID 45~ CL IN LIEU OF T/FR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1351 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  0.00<br>COMMENT:  PAID AT CID 46*CL IN LIEU OF T/FR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1351 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RUSHMORE LOAN MANAGEMENT SVCS LLC** | Trustee Claim Number:51  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN BKRPTCY DEPT | Court Claim Number:21 | ACCOUNT NO.: 5144 |
| PO BOX 52708 | | |
| | CLAIM: 306.58 | |
| IRVINE, CA 92619-2708 | COMMENT: $/CL-PL*THRU 12/17*FR UNION HOME-DOC 68 | |
| | | |
| **WESTLAKE SERVICES LLC DBA WESTLAKE FNI** | Trustee Claim Number:52  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 3440 FLAIR DR LOCKBOX #840132 | Court Claim Number:25 | ACCOUNT NO.: 9462 |
| | CLAIM: 0.00 | |
| EL MONTE, CA 91731 | COMMENT: 414.93/PL*414.03 X 20 REM+2=LMT*BGN 5/21 | |