IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11339 TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON, His Wife, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT | : | CHAPTER 13 |
| SERVICES, LLC, | : | |
|     Movant, | : | RELATED TO CLAIM NO. 21 |
| | : | |
|         v. | : | |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON, His Wife; | | |
| and RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

    I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:    /s/Michael S. JanJanin
            Michael S. Jan Janin, Esquire
            PA Id. No. 38880
            2222 West Grandview Boulevard
            Erie, Pennsylvania 16506-4508
            Telephone: 814-833-2222, Extension 1045
            Direct Dial: 814-314-1051
            Facsimile: 814-833-6753
            E-Mail: mjanjanin@quinnfirm.com
            Counsel for Debtors, Phillip John McCumber and Heather Lynn Wilkinson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11339 TPA |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON, His Wife, | : | HON. THOMAS P. AGRESTI |
|    Debtors | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT | : | CHAPTER 13 |
| SERVICES, LLC, | : | |
|    Movant, | : | RELATED TO CLAIM NO. 21 |
| | : | |
|       v. | : | |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON, His Wife; | | |
| and RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|    Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 6, 2021.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 6, 2021

                                                            Respectfully submitted,

                                                            QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                            BY:    /s/Michael S. JanJanin
                                                             Michael S. Jan Janin, Esquire
                                                              PA Id. No. 38880
                                                              2222 West Grandview Boulevard
                                                              Erie, Pennsylvania  16506-4508
                                                              Telephone: 814-833-2222, Extension 1045
                                                              Direct Dial: 814-314-1051
                                                              Facsimile: 814-833-6753
                                                              E-Mail: mjanjanin@quinnfirm.com
                                                              Counsel for Debtors, Phillip John McCumber and Heather Lynn Wilkinson

#1484491