IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 17-11339 GLT |
| | : |
| PHILLIP JOHN MCCUMBER AND | : CHIEF JUDGE GREGORY L. TADDONIO |
| HEATHER LYNN WILKINSON, | : |
|     Debtors. | : CHAPTER 13 |
| | : |
| PHILLIP JOHN MCCUMBER AND | : |
| HEATHER LYNN WILKINSON, | : |
| | : |
|     Movants, | : |
| | : |
|     v. | : |

NO RESPONDENT.

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.  The Debtors have made all payments required by the Chapter 13 Plan.

2.  Include whichever one of the two following statements applies:

    __X__  The Debtors are not required to pay any Domestic Support Obligations.

    _____  The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3.  The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.  On January 23, 2023, at Docket #107 and #108, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__  Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____  Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  01/23/2023              By:  /s/ Phillip John McCumber
                                      Debtor, Phillip John McCumber

Dated:  01/23/2023              By:  /s/ Heather Lynn Wilkinson
                                      Joint Debtor, Heather Lynn Wilkinson


                                Respectfully submitted,

                                THE QUINN LAW FIRM


Dated: 01/23/2023               BY:  /s/ Michael S. Jan Janin
                                     Michael S. Jan Janin, Esquire
                                     PA Id. No. 38880
                                     2222 West Grandview Boulevard
                                     Erie, Pennsylvania 16506-4508
                                     Telephone: 814-833-2222, Ext. 1045
                                     Facsimile: 814-833-6753
                                     E-Mail Address: mjanjanin@quinnfirm.com
                                     Counsel for Debtors

#1589962