FILED
1/26/23 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-11339-GLT |
| Phillip John McCumber | ) | |
| Heather Lynn Wilkinson | ) | Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | Related to Docket No. 110 |
| Phillip John McCumber | ) | |
| Heather Lynn Wilkinson | ) | |
| Respondent(s) | ) | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS</u>

The Motion to Dismiss that was filed in the above-referenced case on January 5, 2023 (document #104) is hereby WITHDRAWN.  The hearing scheduled for February 8, 2023 is cancelled.

Respectfully submitted

1/25/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
January 26, 2023

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 17-11339-GLT

Phillip John McCumber                                                               Chapter 13

Heather Lynn Wilkinson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |
| cr | + | Erie Community Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748379 | | CBNA, P.O. Box 3283, Sioux Falls, SD 57117 |
| 14748385 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14759101 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748387 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14748389 | + | Krista McCumber, 1626 West 41st Street, Erie, PA 16509-1140 |
| 14748392 | + | Michael F. Ratchford, Esquire, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14748394 | + | NAPA, P.O. Box 275, Glen Head, NY 11545-0275 |
| 14748395 | + | NCO Group, Inc., 120 North Keyser, Scranton, PA 18504-9701 |
| 15043733 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 14748398 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14748407 | | UPMC Community Medicine, c/of Receivables Outsourcing LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14748403 | + | Union Home Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14748404 | + | Union Home Mortgage, P.O. Box 77407, Ewing, NJ 08628-6407 |
| 14748402 | | Union Home Mortgage, P.O. Box 11733, Newark, NJ 07101-4733 |
| 14748408 | + | Wells Fargo National Bank, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 15381356 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14748373 | + | Email/Text: bncnotifications@pheaa.org | Jan 27 2023 00:11:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14748372 | + | Email/Text: bncnotifications@pheaa.org | Jan 27 2023 00:11:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14748374 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:20:44 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14776719 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:21:05 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748375 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:53 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14748378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:21:05 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14748376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:58 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14748377 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-1       User: auto       Page 2 of 4

Date Rcvd: Jan 26, 2023       Form ID: pdf900       Total Noticed: 55

| ID | | Method / Address | Date/Time | Creditor |
|---|---|---|---|---|
| | | | Jan 27 2023 00:20:59 | Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14748382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Children's Place, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14748383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:21:05 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14782757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:21:05 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14748384 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:59 | Dick's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14753964 | | Email/Text: mrdiscen@discover.com | Jan 27 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14931678 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2023 00:11:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748388 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 27 2023 00:11:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14748380 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2023 00:20:36 | Chase/Amazon, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14748381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2023 00:20:36 | Chase/Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14783017 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2023 00:20:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748390 | + | Email/Text: Documentfiling@lciinc.com | Jan 27 2023 00:11:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14792608 | + | Email/Text: bk@lendingclub.com | Jan 27 2023 00:11:46 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14748391 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:59 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14775386 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2023 00:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748393 | + | Email/Text: ptacct@mch1.org | Jan 27 2023 00:11:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14762826 | + | Email/Text: bncnotifications@pheaa.org | Jan 27 2023 00:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14748397 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2023 00:11:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14773042 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2023 00:11:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14749631 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2023 00:20:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14778781 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778782 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14748400 | | Email/Text: amieg@stcol.com | Jan 27 2023 00:11:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14748399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:53 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14748401 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:59 | Toys R Us, P..O. Box 965005, Orlando, FL |

District/off: 0315-1                        User: auto                                    Page 3 of 4
Date Rcvd: Jan 26, 2023                    Form ID: pdf900                              Total Noticed: 55

|  |  |  | 32896-5005 |
|---|---|---|---|
| 14748405 | | Email/Text: bankruptcydept@uhm.com | |
| | | Jan 27 2023 00:11:00 | Union Home Mortgage, 8241 Dow Circle, Strongsville, OH 44136 |
| 14783731 | | Email/Text: bankruptcydept@uhm.com | |
| | | Jan 27 2023 00:11:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14748406 | + | Email/Text: BankruptcyNotice@upmc.edu | |
| | | Jan 27 2023 00:11:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14777571 | ^ | MEBN | |
| | | Jan 27 2023 00:09:37 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14764186 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Jan 27 2023 00:20:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services LLC |
| cr | | Union Home Mortgage Corp. |
| 14748396 | | Pepsio Savings Plan |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14931680 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931681 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931682 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748386 | ##+ | Eastern Revenue Inc., P.O. Box 185, Southeastern, PA 19399-0418 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| Karina Velter | |

on behalf of Creditor Rushmore Loan Management Services LLC kvelter@pincuslaw.com  brausch@pincuslaw.com

Michael S. Jan Janin

on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin

on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Nicholas R. Pagliari

on behalf of Creditor Erie Community Credit Union npagliari@mijb.com  sburick@mijb.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9