**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | PHILLIP JOHN MCCUMBER |
| Debtor 2 (Spouse, if filing) | HEATHER LYNN WILKINSON |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 17-11339GLT |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | NATIONSTAR MORTGAGE LLC(*) |
| Court claim no. (if known): | 21 |
| Last 4 digits of any number you use to identify the debtor's account | 9 9 9 8 |
| Property Address: | 235 EAST STATE ST<br>ALBION PA 16401 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 306.58 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 306.58 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 306.58 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment ................................................... $ $779.51
  The next postpetition payment is due on   2 / 1 / 2023
                                           MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **PHILLIP JOHN MCCUMBER** | Case number *(if known)* | 17-11339GLT |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date 03/01/2023

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | PHILLIP JOHN MCCUMBER | Case number *(if known)* | 17-11339GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/25/2020 | 1150971 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 306.58 |
| | | | | 306.58 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/28/2018 | 1075225 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,606.74 |
| 04/24/2018 | 1078456 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 402.82 |
| 05/25/2018 | 1081738 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 725.51 |
| 06/22/2018 | 1084855 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 645.05 |
| 07/26/2018 | 1088092 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 725.51 |
| 08/28/2018 | 1091317 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 806.64 |
| 09/25/2018 | 1094448 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 679.48 |
| 10/29/2018 | 1097699 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 792.84 |
| 11/27/2018 | 1100806 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 734.35 |
| 12/21/2018 | 1103903 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 1,102.36 |
| 01/25/2019 | 1107170 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 930.80 |
| 02/25/2019 | 1110390 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 782.87 |
| 03/25/2019 | 1113683 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 912.04 |
| 04/26/2019 | 1117016 | UNION HOME MORTGAGE CORP | AMOUNTS DISBURSED TO CREDITOR | 935.62 |
| 05/24/2019 | 1120164 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 1,067.65 |
| 06/25/2019 | 1123573 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 867.55 |
| 07/29/2019 | 1127014 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 1,102.63 |
| 08/27/2019 | 1130502 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 887.20 |
| 09/24/2019 | 1133754 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 670.03 |
| 10/24/2019 | 1137131 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 1,098.31 |
| 11/25/2019 | 1140583 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 880.32 |
| 12/23/2019 | 1143979 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 989.16 |
| 01/28/2020 | 1147448 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 982.76 |
| 02/25/2020 | 1150971 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 824.76 |
| 03/23/2020 | 1154458 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 763.40 |
| 04/27/2020 | 1157900 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 798.16 |
| 05/26/2020 | 1161234 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 06/26/2020 | 1164391 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 07/29/2020 | 1167485 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 08/25/2020 | 1170561 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 09/28/2020 | 1173675 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 10/26/2020 | 1176752 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 11/24/2020 | 1179814 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 12/21/2020 | 1182752 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 01/25/2021 | 1185750 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 780.78 |
| 03/26/2021 | 1192182 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 1,557.75 |
| 04/26/2021 | 1195424 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 05/25/2021 | 1198542 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 06/25/2021 | 1201715 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 07/26/2021 | 1204915 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 08/26/2021 | 1208065 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 09/24/2021 | 1211175 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 10/25/2021 | 1214248 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 11/22/2021 | 1217274 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 12/23/2021 | 1220358 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 01/26/2022 | 1223418 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 02/23/2022 | 1226281 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 788.27 |
| 03/25/2022 | 1229264 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 04/26/2022 | 1232298 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 05/25/2022 | 1235344 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 06/27/2022 | 1238358 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 07/26/2022 | 1241298 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 08/24/2022 | 1244180 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 779.51 |
| 09/27/2022 | 1247064 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 721.51 |
| 10/25/2022 | 1249861 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 837.51 |
| 11/23/2022 | 1252653 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 458.70 |
| 12/22/2022 | 1255393 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 570.57 |
| 01/26/2023 | 1258129 | RUSHMORE LOAN MANAGEMENT SVCS LI | AMOUNTS DISBURSED TO CREDITOR | 626.11 |

Debtor 1  **PHILLIP JOHN MCCUMBER**
        Name

Case number *(if known)* **17-11339GLT**

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| | | | | 47,774.16 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PHILLIP JOHN MCCUMBER
HEATHER LYNN WILKINSON
235 EAST STATE STREET
ALBION, PA  16401

MICHAEL S JAN JANIN ESQ
QUINN BUSECK LEEMHUIS ET AL
2222 W GRANDVIEW
ERIE, PA  16506-4508

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**
ATTN BANKRUPTCY NOTICES - LEGAL
PO BOX 619096
DALLAS, TX  75261-9741

LOGS LEGAL GROUP LLP
3600 HORIZON DR STE 150
KING OF PRUSSIA, PA  19406


3/1/23

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee