Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Phillip John McCumber** | : | Case No. 17−11339−GLT |
| **Heather Lynn Wilkinson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 121 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/31/23 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 29th of March, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 121 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before May 15, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *May 31, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

                                                                    */s/ Gregory L. Taddonio*
                                                                     Gregory L. Taddonio, Chief Judge
                                                                     United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11339-GLT |
| Phillip John McCumber | Chapter 13 |
| Heather Lynn Wilkinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 29, 2023 | Form ID: 604 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |
| cr | + | Erie Community Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748379 | | CBNA, P.O. Box 3283, Sioux Falls, SD 57117 |
| 14748385 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14748387 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14759101 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748389 | + | Krista McCumber, 1626 West 41st Street, Erie, PA 16509-1140 |
| 14748392 | + | Michael F. Ratchford, Esquire, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14748394 | + | NAPA, P.O. Box 275, Glen Head, NY 11545-0275 |
| 14748395 | + | NCO Group, Inc., 120 North Keyser, Scranton, PA 18504-9701 |
| 15569083 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15043733 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 14748398 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14748407 | | UPMC Community Medicine, c/of Receivables Outsourcing LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14748402 | | Union Home Mortgage, P.O. Box 11733, Newark, NJ 07101-4733 |
| 14748404 | + | Union Home Mortgage, P.O. Box 77407, Ewing, NJ 08628-6407 |
| 14748403 | + | Union Home Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14748408 | + | Wells Fargo National Bank, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 15381356 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14748373 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14748372 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14748374 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:21 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14776719 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 23:52:42 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748375 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:24 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14748378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:28 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14748376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:17 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14748377 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14748382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2023 23:54:00 | Children's Place, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14748383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:27 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14782757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:27 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14748384 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:05 | Dick's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14753964 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14931678 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748388 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 29 2023 23:53:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14748380 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:52 | Chase/Amazon, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14748381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:17 | Chase/Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14783017 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748390 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2023 23:53:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14792608 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2023 23:53:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14748391 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:48 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14775386 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748393 | + | Email/Text: ptacct@mch1.org | Mar 29 2023 23:54:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14762826 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14748397 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14773042 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14749631 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14778781 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778782 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14748400 | | Email/Text: amieg@stcol.com | Mar 29 2023 23:53:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14748399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-11339-GLT  Doc 123  Filed 03/31/23  Entered 04/01/23 00:31:59  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 604 | Total Noticed: 57 |

|  |  |  | Mar 29 2023 23:52:57 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
|---|---|---|---|---|
| 14748401 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | Toys R Us, P..O. Box 965005, Orlando, FL 32896-5005 |
| 14748405 |  | Email/Text: bankruptcydept@uhm.com | Mar 29 2023 23:53:00 | Union Home Mortgage, 8241 Dow Circle, Strongsville, OH 44136 |
| 14783731 |  | Email/Text: bankruptcydept@uhm.com | Mar 29 2023 23:53:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14748406 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14777571 | ^ | MEBN | Mar 29 2023 23:48:07 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14764186 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2023 23:52:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rushmore Loan Management Services LLC |
| cr |  | Union Home Mortgage Corp. |
| 14748396 |  | Pepsio Savings Plan |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14931680 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931681 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931682 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748386 | ##+ | Eastern Revenue Inc., P.O. Box 185, Southeastern, PA 19399-0185 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 29, 2023 | Form ID: 604 | Total Noticed: 57 |

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Danielle Boyle-Ebersole
    on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com

Karina Velter
    on behalf of Creditor Rushmore Loan Management Services LLC kvelter@pincuslaw.com brausch@pincuslaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com logsecf@logs.com

Michael S. Jan Janin
    on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
    on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Nicholas R. Pagliari
    on behalf of Creditor Erie Community Credit Union npagliari@mijb.com sburick@mijb.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11