**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PHILLIP JOHN MCCUMBER<br>HEATHER LYNN WILKINSON<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11339<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/21/2017 and confirmed on 2/14/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,136.93 |
| Less Refunds to Debtor | 1,148.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,988.30 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 5,172.95 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,672.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 47,774.16 | 0.00 | 47,774.16 |
|     Acct: 9998 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 306.58 | 306.58 | 0.00 | 306.58 |
|     Acct: 9998 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 705.22 | 705.22 | 0.00 | 705.22 |
|     Acct: 4810 | | | | |
|   ERIE COMMUNITY CREDIT UNION | 0.00 | 17,947.42 | 0.00 | 17,947.42 |
|     Acct: 2814 | | | | |
|   PNC BANK NA | 16,179.54 | 16,179.54 | 0.00 | 16,179.54 |
|     Acct: 2496 | | | | |
| | | | | 82,912.92 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHILLIP JOHN MCCUMBER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHILLIP JOHN MCCUMBER | 1,148.63 | 1,148.63 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0-21 | | | | |
|   MICHAEL S JAN JANIN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KRISTA MCCUMBER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTLAKE SERVICES LLC DBA WESTLAI | 0.00 | 8,694.63 | 0.00 | 8,694.63 |
|     Acct: 9462 | | | | |
| | | | | 8,694.63 |
| **Unsecured** | | | | |
|   ECMC(*) | 4,288.00 | 746.88 | 0.00 | 746.88 |
|     Acct: 1351 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 326.88 | 56.94 | 0.00 | 56.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 1005 | | | | |
|    CITIBANK NA** | 604.23 | 105.24 | 0.00 | 105.24 |
|    Acct: 9924 | | | | |
|    CITIBANK NA** | 1,504.68 | 262.09 | 0.00 | 262.09 |
|    Acct: 6976 | | | | |
|    MIDLAND FUNDING LLC | 2,459.26 | 428.35 | 0.00 | 428.35 |
|    Acct: 5278 | | | | |
|    MIDLAND FUNDING LLC | 2,655.11 | 462.47 | 0.00 | 462.47 |
|    Acct: 6615 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 282.00 | 49.12 | 0.00 | 49.12 |
|    Acct: 1213 | | | | |
|    CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3535 | | | | |
|    CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2920 | | | | |
|    CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3972 | | | | |
|    QUANTUM3 GROUP LLC - AGENT COMEN | 86.00 | 14.98 | 0.00 | 14.98 |
|    Acct: 9006 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 4,288.71 | 747.01 | 0.00 | 747.01 |
|    Acct: 3206 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 347.00 | 60.44 | 0.00 | 60.44 |
|    Acct: 4689 | | | | |
|    DISCOVER BANK(*) | 2,025.22 | 352.75 | 0.00 | 352.75 |
|    Acct: 7581 | | | | |
|    EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    LENDING CLUB CORP* | 8,941.45 | 1,557.41 | 0.00 | 1,557.41 |
|    Acct: 3319 | | | | |
|    LENDING CLUB CORP* | 10,395.60 | 1,810.70 | 0.00 | 1,810.70 |
|    Acct: 5867 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 530.08 | 92.33 | 0.00 | 92.33 |
|    Acct: 3681 | | | | |
|    MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    NAPA AT HAMOT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5774 | | | | |
|    NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3364 | | | | |
|    CITIBANK NA** | 406.00 | 70.72 | 0.00 | 70.72 |
|    Acct: 2429 | | | | |
|    STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3327 | | | | |
|    QUANTUM3 GROUP LLC AGNT - MOMA FU | 280.12 | 48.79 | 0.00 | 48.79 |
|    Acct: 6957 | | | | |
|    UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-11339 | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | UPMC PHYSICIAN SERVICES | 598.79 | 104.30 | 0.00 | 104.30 |
| | Acct: 1351 | | | | |
| | WELLS FARGO FINANCIAL NATIONAL BAN | 85.03 | 14.81 | 0.00 | 14.81 |
| | Acct: 4810 | | | | |
| | ECMC(*) | 7,076.79 | 1,232.63 | 0.00 | 1,232.63 |
| | Acct: 1351 | | | | |
| | ECMC(*) | 11,464.34 | 1,996.85 | 0.00 | 1,996.85 |
| | Acct: 1351 | | | | |
| | ECMC(*) | 8,571.57 | 1,492.99 | 0.00 | 1,492.99 |
| | Acct: 1351 | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1351 | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1351 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6957 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MACDONALD ILLIG JONES ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1351 | | | | |
| | ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 11,707.80 |

TOTAL PAID TO CREDITORS                                                                                                                 103,315.35

TOTAL CLAIMED
PRIORITY        0.00
SECURED         17,191.34
UNSECURED       67,216.86

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PHILLIP JOHN MCCUMBER
HEATHER LYNN WILKINSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-11339

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Phillip John McCumber  
Heather Lynn Wilkinson  
    Debtors

Case No. 17-11339-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Mar 29, 2023      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |
| cr | + | Erie Community Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748379 | | CBNA, P.O. Box 3283, Sioux Falls, SD 57117 |
| 14748385 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14748387 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14759101 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748389 | + | Krista McCumber, 1626 West 41st Street, Erie, PA 16509-1140 |
| 14748392 | + | Michael F. Ratchford, Esquire, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14748394 | + | NAPA, P.O. Box 275, Glen Head, NY 11545-0275 |
| 14748395 | + | NCO Group, Inc., 120 North Keyser, Scranton, PA 18504-9701 |
| 15569083 | + | Nationstar Mortgage LLC, 2121 Waukegan Road, Suite 300, Bannockburn, Pennsylvania 60015-1831 |
| 15043733 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 14748398 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14748407 | | UPMC Community Medicine, c/of Receivables Outsourcing LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14748402 | | Union Home Mortgage, P.O. Box 11733, Newark, NJ 07101-4733 |
| 14748404 | + | Union Home Mortgage, P.O. Box 77407, Ewing, NJ 08628-6407 |
| 14748403 | + | Union Home Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14748408 | + | Wells Fargo National Bank, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 15381356 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14748373 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14748372 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14748374 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14776719 | | Email/PDF: bncnotices@becket-lee.com | Mar 29 2023 23:53:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748375 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:41 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14748378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:41 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14748376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:54 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14748377 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:35 | Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14748382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 29 2023 23:54:00 | Children's Place, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14748383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:28 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14782757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:40 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14748384 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:35 | Dick's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14753964 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14931678 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748388 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 29 2023 23:53:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14748380 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:51 | Chase/Amazon, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14748381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:37 | Chase/Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14783017 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748390 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2023 23:53:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14792608 | + | Email/Text: Documentfiling@lciinc.com | Mar 29 2023 23:53:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14748391 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:48 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14775386 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748393 | + | Email/Text: ptacct@mch1.org | Mar 29 2023 23:54:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14762826 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14748397 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14773042 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14749631 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14778781 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778782 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14748400 | | Email/Text: amieg@stcol.com | Mar 29 2023 23:53:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14748399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 29 2023 23:53:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14748401 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:48 | Toys R Us, P..O. Box 965005, Orlando, FL 32896-5005 |
| 14748405 | | Email/Text: bankruptcydept@uhm.com | Mar 29 2023 23:53:00 | Union Home Mortgage, 8241 Dow Circle, Strongsville, OH 44136 |
| 14783731 | | Email/Text: bankruptcydept@uhm.com | Mar 29 2023 23:53:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14748406 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14777571 | ^ | MEBN | Mar 29 2023 23:48:09 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14764186 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2023 23:52:19 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services LLC |
| cr | | Union Home Mortgage Corp. |
| 14748396 | | Pepsio Savings Plan |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14931680 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931681 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931682 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748386 | ##+ | Eastern Revenue Inc., P.O. Box 185, Southeastern, PA 19399-0185 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 57

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Danielle Boyle-Ebersole
    on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com

Karina Velter
    on behalf of Creditor Rushmore Loan Management Services LLC kvelter@pincuslaw.com brausch@pincuslaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com logsecf@logs.com

Michael S. Jan Janin
    on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
    on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Nicholas R. Pagliari
    on behalf of Creditor Erie Community Credit Union npagliari@mijb.com sburick@mijb.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11