IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11339 GLT |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | CHIEF JUDGE GREGORY L. TADDONIO |
| HEATHER LYNN WILKINSON, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| NATIONSTAR MORTGAGE, LLC, | : | RELATED TO CLAIM NO. 21 |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES**

    I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
      Michael S. Jan Janin, Esquire
      PA Id. No. 38880
      2222 West Grandview Boulevard
      Erie, Pennsylvania  16506-4508
      Telephone: 814-833-2222, Ext. 1045
      Facsimile: 814-833-6753
      E-Mail: mjanjanin@quinnfirm.com
      Counsel for Debtors, Phillip John
      McCumber and Heather Lynn Wilkinson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11339 GLT |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | CHIEF JUDGE GREGORY L. TADDONIO |
| HEATHER LYNN WILKINSON, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| NATIONSTAR MORTGAGE, LLC, | : | RELATED TO CLAIM NO. 21 |
|     Movant, | : | |
| | : | |
|           v. | : | |
| | : | |
| PHILLIP JOHN MCCUMBER AND | : | |
| HEATHER LYNN WILKINSON; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 10, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Danielle Boyle-Ebersole for Creditor Rushmore Loan Management Services LLC at dboyle-ebersole@orlans.com

- Brian Nicholas for Creditor Union Home Mortgage Corp. at bnicholas@kmllawgroup.com

- Bradley Joseph Osborne for Creditor Rushmore Loan Management Services LLC at bosborne@hoflawgroup.com

- Nicholas R. Pagliari for Creditor Erie Community Credit Union at npagliari@mijb.com

- Karina Velter for Creditor Rushmore Loan Management Services LLC at kvelter@pincuslaw.com

1601524

EXECUTED ON: April 10, 2023

        Respectfully submitted,

        THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
     Michael S. Jan Janin, Esquire
     PA Id. No. 38880
     2222 West Grandview Boulevard
     Erie, Pennsylvania  16506-4508
     Telephone: 814-833-2222, Ext. 1045
     Facsimile: 814-833-6753
     E-Mail: mjanjanin@quinnfirm.com
     Counsel for Debtors, Phillip McCumber
     and Heather Wilkinson

1601524