IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/17/23 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PHILLIP JOHN MCCUMBER
HEATHER LYNN WILKINSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-11339

Chapter 13

Document No.: 121

ORDER OF COURT

AND NOW, this ____17th____ day of _____May_____, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____ jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11339-GLT |
| Phillip John McCumber | Chapter 13 |
| Heather Lynn Wilkinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip John McCumber, Heather Lynn Wilkinson, 235 East State Street, Albion, PA 16401-1360 |
| cr | + | Erie Community Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748379 | | CBNA, P.O. Box 3283, Sioux Falls, SD 57117 |
| 14748385 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14748387 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14759101 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1915 East 36th Street, Erie, PA 16510-2663 |
| 14748389 | + | Krista McCumber, 1626 West 41st Street, Erie, PA 16509-1140 |
| 14748392 | + | Michael F. Ratchford, Esquire, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 14748394 | + | NAPA, P.O. Box 275, Glen Head, NY 11545-0275 |
| 14748395 | + | NCO Group, Inc., 120 North Keyser, Scranton, PA 18504-9701 |
| 15569083 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 15043733 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 14748398 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14748407 | | UPMC Community Medicine, c/of Receivables Outsourcing LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14748402 | | Union Home Mortgage, P.O. Box 11733, Newark, NJ 07101-4733 |
| 14748403 | + | Union Home Mortgage, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14748404 | + | Union Home Mortgage, P.O. Box 77407, Ewing, NJ 08628-6407 |
| 14748408 | + | Wells Fargo National Bank, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 15381356 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2023 00:03:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14748373 | + | Email/Text: bncnotifications@pheaa.org | May 18 2023 00:03:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14748372 | + | Email/Text: bncnotifications@pheaa.org | May 18 2023 00:03:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14748374 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:14:01 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14776719 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:13:51 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14748375 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:14:38 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14748378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:15:22 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |

Case 17-11339-GLT   Doc 130   Filed 05/19/23   Entered 05/20/23 00:26:40   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14748376 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:14:22 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14748377 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:15:00 | Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 14748382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2023 00:03:00 | Children's Place, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14748383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:13:50 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14782757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:14:47 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14748384 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:14:37 | Dick's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14753964 | | Email/Text: mrdiscen@discover.com | May 18 2023 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14931678 | | Email/Text: ECMCBKNotices@ecmc.org | May 18 2023 00:03:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748388 | + | Email/Text: Bankruptcy@ICSystem.com | May 18 2023 00:03:00 | I.C. Systems, Inc., P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14748380 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 00:26:24 | Chase/Amazon, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14748381 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 00:26:02 | Chase/Slate, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14783017 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 00:02:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748390 | + | Email/Text: Documentfiling@lciinc.com | May 18 2023 00:03:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 14792608 | + | Email/Text: Documentfiling@lciinc.com | May 18 2023 00:03:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14748391 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:14:29 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14775386 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14748393 | + | Email/Text: ptacct@mch1.org | May 18 2023 00:04:00 | Millcreek Community Hospital, 5539 Peach Street, Suite 1, Erie, PA 16509-2683 |
| 14762826 | + | Email/Text: bncnotifications@pheaa.org | May 18 2023 00:03:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14748397 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14773042 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:03:00 | PNC Bank National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14749631 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2023 00:14:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14778781 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778782 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14748400 | | Email/Text: amieg@stcol.com | May 18 2023 00:02:00 | State Collection Service, Inc., P.O. Box 6250, Madison, WI 53716-0250 |
| 14748399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 57 |

|  |  |  | May 18 2023 00:15:22 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
|---|---|---|---|---|
| 14748401 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:14:38 | Toys R Us, P..O. Box 965005, Orlando, FL 32896-5005 |
| 14748405 |  | Email/Text: bankruptcydept@uhm.com | May 18 2023 00:02:00 | Union Home Mortgage, 8241 Dow Circle, Strongsville, OH 44136 |
| 14783731 |  | Email/Text: bankruptcydept@uhm.com | May 18 2023 00:02:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14748406 | + | Email/Text: BankruptcyNotice@upmc.edu | May 18 2023 00:04:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14777571 | ^ | MEBN | May 17 2023 23:51:50 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14764186 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 18 2023 00:26:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rushmore Loan Management Services LLC |
| cr |  | Union Home Mortgage Corp. |
| 14748396 |  | Pepsio Savings Plan |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14931680 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931681 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14931682 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14748386 | ##+ | Eastern Revenue Inc., P.O. Box 185, Southeastern, PA 19399-0185 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Union Home Mortgage Corp. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo |  |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 57

on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

Danielle Boyle-Ebersole
on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com  PABKAttorneyecf@orlans.com

Karina Velter
on behalf of Creditor Rushmore Loan Management Services LLC kvelter@pincuslaw.com  brausch@pincuslaw.com

Lorraine Gazzara Doyle
on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  logsecf@logs.com

Michael S. Jan Janin
on behalf of Debtor Phillip John McCumber mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael S. Jan Janin
on behalf of Joint Debtor Heather Lynn Wilkinson mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Nicholas R. Pagliari
on behalf of Creditor Erie Community Credit Union npagliari@mijb.com  sburick@mijb.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 11